No. 00–9503.  GRUNDY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 00–9518.  SMITH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–9533.  KEITH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–9539.  GRADY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–9549.  HARRIS *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 00–9561.  ARREDONDO-HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9563.  MYRICK *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–9564.  OWENS *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 00–9567.  HERRERA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–9580.  MONTELL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9582.  SNYDER *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–9584.  MARTINEZ-ACOSTA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9588.  CHINO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–9593.  WASH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–9595.  WILSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–9604.  RICHARDSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.